BUNN *et al. v.* CITY OF ATLANTA.

No. 13502.   OCTOBER 17, 1940.

*A. T. Walden* and *Mitchell & Mitchell,* for plaintiffs.

*J. C. Savage, E. L. Sterne, J. C. Murphy,* and *Frank A. Hooper Jr.,* for defendant.

DUCKWORTH, Justice.   This case is an effort to enjoin a criminal prosecution under a city ordinance, and is controlled by the decision of this court in *Powell* v. *Hartsfield, Anthony* v. *Atlanta,* 190 *Ga.*

839, 841 (11 S. E. 2d, 33, 197), *Ray* v. *Dalton,* ante, 46 (11 S. E. 2d, 193). While the facts are not identical, they are the same in substance and involve the same principles of law.

*Judgment affirmed. All the Justices concur, except Atkinson, P. J., who dissents.*